IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02804-LTB-BNB

ARLEEN SAPP,

    Plaintiff,

v.

MONARCH RECOVERY MANAGEMENT, INC., a Pennsylvania corporation,

    Defendant.

_____

ORDER
_____

    This matter is before the Court on the Stipulated Motion to Amend the Judgment against the Defendant to Add Plaintiff's Attorney Fees, CM/ECF # 16. The Court has reviewed the pleading and the case file and is fully advised in the premises. It is ORDERED as follows:

    1.    The Stipulated Motion to Amend the Judgment against the Defendant to Add the Plaintiff's Attorney's Fees, CM/ECF # 16, is GRANTED.

    2.    Plaintiff's reasonable attorney's fees in the amount of $3,000.00 shall be added to the current Judgment of $1,001.00 and the costs taxed by the Clerk of the Court in the amount of $455.00. The Clerk of the Court is directed to enter Judgment for the Plaintiff, Arleen Sapp, and against the Defendant, Monarch Recovery Management, Inc., in the total amount of $4,456.00, plus post-judgment interest.

Case 1:13-cv-02804-LTB-BNB   Document 17   Filed 02/21/14   USDC Colorado   Page 2 of 2

Dated this  21st  day of February, 2014.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock
United States District Judge